O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAGNET, <br><br>            Plaintiff,<br>    v.<br><br>FRANCK'S LAB, INC., dba FRANCK'S COMPOUNDING LAB, FRANCK'S PHARMACY, INC., FRANCK'S MANAGEMENT, LLC, FRANCK'S HEALTHY LIFESTYLES, LLC, KENT W. SMALL, M.D.; MACULA & RETINA INSTITUTE and DOES 1 through 300, inclusive,<br><br>            Defendants. | Case No. 2:13-cv-7602-ODW (MANx)<br><br>**ORDER TO SHOW CAUSE WHY THIS COURT SHOULD NOT REMAND FOR LACK OF SUBJECT MATTER JURISDICTION** |

    The Court has received the Notice of Removal from Defendants Franck's Lab, Inc., dba Franck's Compounding Lab; Franck's Pharmacy, Inc.; Franck's Healthy Lifestyles, LLC; Paul W. Franck; and Anthony James Campbell ("Defendants"). However, the Court is not convinced that it has subject matter jurisdiction over this action. When a defendant attempts to remove an action from state court, the Court is "obligated to consider *sua sponte* whether we have subject matter jurisdiction" over the instant claims. *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004).

    Defendants cite diversity of citizenship as a basis of subject matter jurisdiction under 28 U.S.C. § 1332. Defendants' Notice of Removal asserts that Defendants are

all citizens of the State of Florida and that "Plaintiff is a resident of the County of Los Angles, State of California." (Notice of Removal ¶ 2.) Nevertheless, for the purposes of complete diversity, a natural person's citizenship is "determined by [his] state of domicile, not [his] state of residence." *Kantor v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). Residency allegations alone are inadequate to establish citizenship on removal in light of the strong presumption against removal jurisdiction. *See id.* at 857. After carefully examining Defendants' Notice of Removal, it appears that Defendants cite no objective facts beyond a statement of residency to establish Plaintiff Robert Magnet's domicile. Accordingly, the Court hereby **ORDERS** Defendants to show cause in writing no later than **October 31, 2013**, why this action should not be remanded for lack of subject matter jurisdiction. Defendants must clearly establish diversity of citizenship. Plaintiff Robert Magnet may file a simultaneous brief on this matter, if he so chooses. No oral argument on this matter will be heard unless ordered by the Court.

**IT IS SO ORDERED.**

October 21, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**